[No. 23559-1-I. Division One. August 6, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JEROME COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-8-05873-5, Maurice M. Epstein, J. Pro Tem., entered January 3, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 23952-0-I. Division One. August 6, 1990.]

WENDELL CARLSON, ET AL, *Respondents*, v. ROGER PEDERSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 86-2-00406-1, Byron L. Swedberg, J., entered April 10, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Scholfield, JJ.

[Nos. 23696-2-I; 24153-2-I;    Division One.             August 6, 1990.]
        23911-2-I.

THE STATE OF WASHINGTON, *Respondent*, v. WALTER D. KENNISON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS PAUL SYLVESTER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CHAD ALLAN LITTLE, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, No. 88-1-00384-4, Paul D. Hansen, J., entered March 17, February 10, and April 21, 1989. *Affirmed* and *remanded in part* by unpublished opinion per Webster, J., concurred in by Winsor and Forrest, JJ.